IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TERRANZO BUTLER,

          Plaintiff,

v.

OFFICER TOSE,

          Defendant.

ORDER

17-cv-138-jdp

---

On April 24, 2018 I entered an order directing plaintiff Terranzo Butler to inform the court whether he wished to proceed with this case after the Attorney General's office advised that they could not find any record of an Officer Tose being employed by the Lincoln Hills School. I gave Butler a deadline of May 14, 2018, to respond to order and I warned Butler that his case would be dismissed for failure to prosecute if he did not respond. Dkt. 22. Butler's deadline has passed, and the court has received nothing from him. Accordingly, I am dismissing this case with prejudice for plaintiff's failure to prosecute. *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) ("A district court has the authority under Federal Rule of Civil Procedure 41(b) to enter a sua sponte order of dismissal for lack of prosecution.").

ORDER

IT IS ORDERED that plaintiff Terranzo Butler's case is DISMISSED WITH PREJUDICE for failure to prosecute. The clerk of court is directed to enter judgment for defendant and close this case.

Entered May 25, 2018.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge