IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANZO BUTLER,

    Plaintiff,

v.

OFFICER TOSE,

    Defendant.

JUDGMENT IN A CIVIL CASE

17-cv-138-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case with prejudice.

/s/                                5/25/2018

Peter Oppeneer, Clerk of Court          Date